**Electronically Filed
Supreme Court
SCWC-11-0000167
29-JUN-2012
10:44 AM**

SCWC-11-0000167

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JAMES ZULUETA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-11-0000167; CR. NO. 10-1-1650)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(by: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ., and
Circuit Judge Wilson, assigned by reason of vacancy)

Petitioner/Defendant-Appellant James Zulueta's application

for writ of certiorari, filed on May 18, 2012, is hereby rejected.

DATED: Honolulu, Hawai'i, June 29, 2012.


Phyllis Hironaka,                 /s/ Mark E. Recktenwald
Deputy Public Defender,
for Petitioner                    /s/ Paula A. Nakayama

Sonja McCullen,                   /s/ Simeon R. Acoba, Jr.
Deputy Prosecuting
Attorney, for Respondent          /s/ Sabrina S. McKenna

                                  /s/ Michael D. Wilson

